Entered: January 12th, 2026
Signed: January 9th, 2026
**SO ORDERED**



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

| | |
|---|---|
| In re: | |
| SHERRY MICHELLE BALLARD, | Case No. 25-17588-NVA |
| Debtor. | Chapter 13 |

## ORDER DENYING MOTION TO RECONSIDER

Before the Court is Debtor's *Emergency Motion to Reconsider Order Dismissing Chapter 13 Case and Reinstate the Automatic Stay* ("Motion to Reconsider"). [ECF No. 42]. The motion does not state grounds for relief pursuant to Federal Rule of Civil Procedure 60, made applicable here by Federal Rule of Bankruptcy Procedure 9024. Rule 60 enumerates six reasons for which the Court may relive a party from a final judgment, none of which are averred in the Motion to Reconsider. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Debtor's Motion to Reconsider is **DENIED**.

cc:  Debtor
Counsel for Debtor – Robert Grossbart
Chapter 13 Trustee – Brian A. Tucci

**END OF ORDER**

1